BRIAN QUINN
 Chief Justice
 
 JAMES T. CAMPBELL
 Justice
 
 MACKEY K. HANCOCK
 Justice
 
 PATRICK A. PIRTLE
 Justice
 
 Court of Appeals
 
 Seventh District of Texas
 Potter County Courts Building
 501 S. Fillmore, Suite 2-A
 Amarillo, Texas 79101-2449
 www.7thcoa.courts.state.tx.us
 
 
 PEGGY CULP
 CLERK
 
 
 MAILING ADDRESS:
 P. O. Box 9540
 79105-9540
 
 
 (806) 342-2650
 
 November 28, 2011
 
Sean Flammer
SCOTT, DOUGLASS
 & McCONNICO, L.L.P.
600 Congress Avenue, Suite 1500
Austin, TX 78701-2589

Bruce Perkins
Kevin W. Brown
FRITZ, BYRNE, HEAD
 & HARRISON, PLLC
98 San Jacinto Blvd., Suite 2000
Austin, TX 78701-4288

Robert Buckner McKinney
Attorney at Law
P. O. Box 6231
Austiin, TX 78762-0150
Broadus A. Spivey
SPIVEY & GRIGG, L.L.P.
48 East Avenue
Austin, TX 78701-4320

Stephen W. Sather
BARRON & NEWBURGER, PC
1212 Guadalupe, Suite 104
Austin, TX 78701

 Dear Counsel:

 The Court this day disposed of Cause No. 07-10-00109-CV, styled HAROLD F. EGGERS, JR. V. JOHN TOWNES VAN ZANDT, II, WILLIAM VINCENT VAN ZANDT, K. B. V. Z., A MINOR, BY AND THROUGH HER NEXT FRIEND, JEANENE VAN ZANDT, JEANENE VAN ZANDT AND TVZ RECORDS, LLC. Enclosed are copies of the Court's opinion and judgment and mandate. Tex. R. App. P. 48. 

 In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, if any, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court. 
 
 Very truly yours,

 PEGGY CULP, CLERK

 By:___________________

xc:
Honorable Gisela D. Triana-Doyal
LaDelle Abilez
Amalia Rodriguez-Mendoza
Administrative Judge
Lexis/Nexis
Wolters Kluwer Law & Business
State Bar of Texas
West Publishing